**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA.   :    No. 327 WAL 2018

                     Respondent   :

                            :    Petition for Allowance of Appeal from
                            :    the Order of the Superior Court

                v.                  :

                            :

DAVON JONES,                      :

                            :

                   Petitioner   :

## ORDER

**PER CURIAM**

      **AND NOW**, this 27th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.